UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                   :

UNITED STATES OF AMERICA

                                   :           23-MAG-6539

    -against-                    :            ORDER

                                   :

  Jose De Jesus Mendoza

                                   :

    Defendant

                                   :
-------------------------------------X


Ona T. Wang, United States Magistrate Judge:

It is hereby ORDERED that the defendant's bail be modified to

include curfew enforced by radio frequency technology.


    Dated: New York, New York

        September 27 , 2023


                          SO ORDERED:

                          Ona T. Wang
                          United States Magistrate Judge